Ida A. Starbuck, as Administratrix, etc., Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence as to the negligence of the defendant and decedent's freedom from contributory negligence. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Jacob Szimanski, Respondent, v. Nichols Copper Company, Appellant. — Judgment and order of the County Court of Queens county unani· mously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Alphonse H. Thomas, Respondent, v. American Molasses Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred; Thomas, J., dissented, upon the ground that it was error to receive in evidence the letters from plaintiff to Taussig, and the letter from Taussig to plaintiff.

Title Guarantee and Trust Company, as Substituted Trustee, etc., Respondent, v. Samuel Goldberg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ., concurred.

United States Title Guaranty Company, Appellant, v. Arthur A. Brown, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Ovadio Varon, Respondent, v. American Manufacturing Company, Appellant.— Order reversed on reargument, with ten dollars costs and disbursements, and motion for change of venue to New York county granted, with ten dollars costs, on the ground that the motion papers show, without contradiction, that the plaintiff resides in New York county, and the allegations of his complaint show expressly that the defendant is doing business in Kings county. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Druss Realty Company, Appellant, v. Edward Taunay, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Elsa Wittgren, as Administratrix, etc., Appellant, v. Wells Brothers Company of New York, Respondent.— Motion denied. The appellant may apply for an order that respondent show cause on Tuesday, December 30, 1913, at two P. M., why a reargument should not be ordered. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.